J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 E. Wilson Ave., Suite 200
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

Attorneys for Plaintiff
Twentieth Century Fox Film Corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Twentieth Century Fox Film Corporation, | Case No. |
| Plaintiff, | COMPLAINT FOR COPYRIGHT INFRINGEMENT |
| v. | |
| Matthew Saundry and Does 1 – 10, inclusive, | DEMAND FOR A JURY TRIAL |
| Defendants. | |

Plaintiff Twentieth Century Fox Film Corporation ("Fox" or "Plaintiff"), for its Complaint alleges as follows:

**A.     Jurisdiction and Venue**

1.     Plaintiff brings this action pursuant to 17 U.S.C. §§ 101, *et seq.*  The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2.     The events giving rise to the claim alleged herein occurred, among other places, within this judicial district.  Venue in the Central District of California is proper pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**B.     Introduction**

3.     Plaintiff owns exclusive United States distribution rights in various creative works, including, but not limited to, motion pictures and television shows,

that are entitled to copyright protection (the "Plaintiff's Works").  Defendants, through various online venues, distribute, promote, offer for sale and sell unauthorized copies of the Plaintiff's Works (the "Unauthorized Media Product"). Plaintiff is informed and believes, and based thereon alleges, that this infringement activity is systematic and willful or done with reckless disregard of Plaintiff's intellectual property rights.  Plaintiff asks that this Court enjoin that activity and order Defendants to pay damages pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq*. (the "Copyright Act").

**C.**   **Plaintiff Fox**

4.     Fox is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Los Angeles, California.

5.     Fox and certain of its affiliated companies are engaged in a variety of businesses including, without limitation, the production and distribution of motion pictures and television programs.

6.     Fox owns exclusive rights under the Copyright Act to the Plaintiff's Works, including the rights to reproduce, distribute or license the reproduction and distribution of the Plaintiff's Works in video format in the United States, including, but not limited to, those copyrights that are the subject of the copyright registrations listed in Exhibit "A," attached hereto, and incorporated herein by this reference. Video format includes, but is not limited to, digital versatile discs ("DVDs") and Blu-ray discs.

7.     The expression and other distinctive features of the Plaintiff's Works are wholly original with Fox, its licensors and/or assignors and, as fixed in various tangible media, are copyrightable subject matter under the Copyright Act.

8.     Fox, or any predecessor in interest, has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the Plaintiff's Works, and Fox holds certificates of registration and/or secured

exclusive licenses or assignments to reproduce, distribute and license the Plaintiff's Works throughout the United States.

9.      The Plaintiff's Works have been manufactured, sold and/or otherwise distributed in conformity with the provisions of the copyright laws.  Fox, and those acting under its authority, have complied with their obligations under the copyright laws and Fox, in its own right or as successor-in-interest, has at all times been, and still is, the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights or to enforce its exclusive rights in each of the Plaintiff's Works.

**E.**      **Defendants**

10.      Defendant Matthew Saundry ("Saundry") is an individual.  Plaintiff is informed and believes that Saundry is a resident of City of Melbourne, Florida. Plaintiff is further informed and believes, and upon that basis allege, that does business under the eBay "User ID" "mws5000."  Saundry, through his online identity, does business in this judicial district through offers and sales of the Unauthorized Media Product in the City of Melbourne and County of Brevard, using the eBay online auction platform with its principal place of business in Santa Clara County, California.

11.      Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court.  Upon information and belief, Does 1 – 10 are principals, supervisory employees, or suppliers of one or other of the named defendants or other entities or individuals who are, in this judicial district, manufacturing, distributing, selling and/or offering for sale merchandise which infringes the Plaintiff's Works.  The identities of the various Does are unknown to Plaintiff at this time.  The Complaint will be amended to include the names of such

individuals when identified.  The Defendants and Does 1 – 10 are collectively referred to herein as "Defendants."

**F.     Defendants' Infringing Activities**

12.     Defendants have copied, reproduced, distributed, advertised and/or sold and continue to copy reproduce, distribute, advertise and/or sell unauthorized copies of motion pictures and/or television programs owned by Plaintiff or its affiliates, respectively, who Defendants knew or should have known are located in this district, including, but not necessarily limited to, the Plaintiff's Works identified in Exhibit A.  The copies sold by Defendants are obviously unauthorized.  The packaging fails to conform with packaging characteristic of Plaintiff's genuine product and the disks do not contain the file structure characteristic of legitimate product.

13.     Defendants have not been authorized by Plaintiff to reproduce, distribute, sell or offer for sale any of the Plaintiff's Works.

14.     By engaging in this conduct, Defendants have acted in willful disregard of laws protecting Plaintiff's copyrights.  Plaintiff has sustained and will continue to sustain substantial damage to the value of its creative works, specifically including the Plaintiff's Works.

**G.     Plaintiff's Damages**

15.     Plaintiff is informed and believes, and upon that basis allege, that the Defendants have each obtained gains, profits and advantages as a result of their infringing activity in amounts within the jurisdiction of the Court.

16.     Plaintiff is informed and believes, and upon that basis alleges, that it has suffered and continues to suffer direct and actual damages as a result of Defendants' infringing conduct, in amounts within the jurisdiction of this Court.  In order to determine the full extent of such damages, including such profits as may be recoverable under 17 U.S.C. § 504, Plaintiff will require an accounting from each Defendant of all monies generated from the promotion, display, sale and offer for

sale of the Defendants' goods and services using the Plaintiff's Works.  In the alternative, Plaintiff may elect to recover statutory damages pursuant to 17 U.S.C. § 504 (c) for each Plaintiff's Works infringed.

17.     Plaintiff has no other adequate remedy at law and has suffered and continues to suffer irreparable harm and damage as a result of the above-described acts.  Plaintiff is informed and believes, and upon that basis alleges, that, unless enjoined by the Court, Defendants' infringing activity will continue, with attendant irreparable harm to Plaintiff.  Accordingly, Plaintiff seeks preliminary and permanent injunctive relief pursuant to 17 U.S.C § 502 and seizure of the Unauthorized Media Product, including the means of production as provided by 17 U.S.C. § 503.

18.     By reason of the foregoing, Plaintiff has incurred and will continue to incur attorneys' fees and other costs in connection with the prosecution of its claims, which attorneys' fees and costs Plaintiff is entitled to recover from the Defendants, and each of them, pursuant to 17 U.S.C. § 505.

19.     Plaintiff is without an adequate remedy at law in that damages are difficult to ascertain and, unless the Defendants' acts are enjoined, Plaintiff will be irreparably harmed by Defendants' deliberate and systematic infringement of its rights.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks this Court to order that:

1.     Defendants, their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with any of the said Defendants, be immediately and permanently enjoined from directly or indirectly infringing the Plaintiff's Works in any manner, including generally, but not limited to:

a. Reproducing, distributing, shipping, selling or offering for sale unauthorized copies, in any format, of any of the Plaintiff's Works; or

b. Aiding or abetting the reproduction, distribution, shipment, sale or offer for sale of any unauthorized copies of any of the Plaintiff's Works; or

c. Marketing, advertising and/or promoting any unauthorized copies of the Plaintiff's Works.

2.  That Plaintiff's and its designees are authorized to seize the following items which are in Defendants' possession, custody or control:

a. All Unauthorized Media Product;

b. Any other unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiff's Works, or any part thereof;

c. Any molds, screens, patterns, plates, negatives, machinery or equipment, specifically including computers, servers, optical disc burners and other hardware used for making or manufacturing the Unauthorized Media Product or unauthorized product which reproduces, copies, counterfeits, imitates or bear any of the Plaintiff's Works, or any part thereof.

3.  Defendants be required to pay actual damages increased to the maximum extent permitted by law and/or statutory damages at Plaintiff's election;

4.  Defendants be required to account for and pay over to Plaintiff all damages sustained by Plaintiff and profits realized by Defendants by reason of Defendants' unlawful acts herein alleged and that those profits be increased as provided by law;

5.  Defendants be required to pay Plaintiff its costs of this action and reasonable attorneys' fees; and

6.    Plaintiff be granted all other and further relief the Court may deem just and proper under the circumstances.

Dated:  November 14, 2016        J. Andrew Coombs, A Professional Corp.

By: _____
      J. Andrew Coombs
      Annie S. Wang
      Attorneys for Plaintiff Twentieth Century Fox
      Film Corporation

# DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Twentieth Century Fox Film Corporation hereby demands a trial by jury of all issues so triable.

Dated: November 14, 2016

J. Andrew Coombs, A Professional Corp.

By: _____
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiff Twentieth Century Fox Film Corporation

**EXHIBIT "A"**

**FOX'S COPYRIGHT REGISTRATIONS**

| Copyright Registration Number: | Title of Work: |
|---|---|
| PA0001763319 | NEW GIRL: Pilot |
| PA0001754677 | NEW GIRL: Kryptonite |
| PA0001763317 | NEW GIRL: Wedding |
| PA0001764139 | NEW GIRL: Naked |
| PA0001765400 | NEW GIRL: Cece Crashes |
| PA0001768371 | NEW GIRL: Thanksgiving |
| PA0001769533 | NEW GIRL: Bells |
| PA0001768405 | NEW GIRL: Bad in Bed |
| PA0001774229 | NEW GIRL: The 23rd |
| PA0001777660 | NEW GIRL: The Story of the 50 |
| PA0001777168 | NEW GIRL: Jess & Julia |
| PA0001777653 | NEW GIRL: The Landlord |
| PA0001777705 | NEW GIRL: Valentine's Day |
| PA0001777170 | NEW GIRL: Bully |
| PA0001782533 | NEW GIRL: Injured |
| PA0001782538 | NEW GIRL: Control |
| PA0001782511 | NEW GIRL: Fancyman Part 1 |
| PA0001782517 | NEW GIRL: Fancyman Part 2 |
| PA0001785974 | NEW GIRL: Secrets |
| PA0001785979 | NEW GIRL: Normal |
| PA0001795057 | NEW GIRL: Kids |
| PA0001787562 | NEW GIRL: Tomatoes |
| PA0001793569 | NEW GIRL: Backslide |
| PA0001793567 | NEW GIRL: See Ya |